UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BILLY RAY KIDWELL,

    Plaintiff,

v.                                            Case No: 2:16-cv-403-FtM-99CM

FLORIDA COMMISSION ON
HUMAN RELATIONS and
SEAWORLD ENTERTAINMENT,
INC.,

    Defendants.

## ORDER

Before the Court is Plaintiff's Notice of Mistake by Court and Motion for Service (Doc. 5), filed on June 14, 2016. Plaintiff *pro se* states that on Friday, June 10, 2016 he received correspondence from the Court that contained a page from an instruction book for a printer and an Order starting on page 2 that had pages missing. Doc. 5 at 1. Plaintiff states that according to the Order, he has fourteen days to respond, but he does not have a complete copy of the Order. *Id.* Accordingly, Plaintiff requests that the Order be resent and that he be allowed additional time to respond. *Id.* at 2.

Upon review of the docket, the Court notes that a Related Case Order and Notice ("Case Order," Doc. 3) and Interested Persons Order for Civil Cases ("Interested Persons Order," Doc. 4) were issued to Plaintiff on June 7, 2016. The Case Order directed Plaintiff to file a Notice of Pendency of Other Actions within fourteen days of the date of the Order, which would be June 21, 2016. Doc. 3. The

Interested Persons Order directed Plaintiff to file a Certificate of Interested Persons and Corporate Disclosure Statement also within fourteen days of the date of the Order, which again would be June 21, 2016.  Doc. 4.

In light of the incomplete correspondence received by Plaintiff, the Court will direct the Clerk's office to reissue the Case Order and Interested Persons Order to Plaintiff.  Additionally, Plaintiff shall have up to and including July 19, 2016 to provide the required documents pursuant to the Case Order and Interested Persons Order.  All other directives set forth in the Case Order and Interested Persons Order remain unchanged.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Notice of Mistake by Court and Motion for Service (Doc. 5) is **GRANTED**.

2. The Clerk is directed to reissue to Plaintiff the Related Case Order (Doc. 3) and Interested Persons Order for Civil Cases (Doc. 4).

3. Plaintiff shall have up to and including **July 19, 2016** to respond to provide the required documents pursuant to the Related Case Order and Notice and Interested Persons Order for Civil Cases.

**DONE** and **ORDERED** in Fort Myers, Florida on this 20th day of June, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record