FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2017 JAN 31 PM 2:20

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

BILLY RAY KIDWELL,
    Plaintiff

v.

FLORIDA COMMISSION ON HUMAN
RELATIONS, ET AL,
    Defendant(s)

Case No. 2:16-CV-403-FtM-99CM

**EMERGENCY MOTION FOR STAY OF PROCEEDINGS, AND REQUEST FOR AN EMERGENCY COURT ORDER TO STOP THE INTENTIONAL ONGOING AGGRIVATION OF PLAINTIFF'S LIFE-THREATENING DISABILITIES, IN A SCHEME TO FIX THIS LAWSUIT, BY CAUSING PLAINTIFF'S DEATH**

This case is an Americans with Disabilities Act ("ADA"), and Florida Civil Rights Act ("FCRA"), lawsuit against the Florida State Agency the Florida Commission on Human Relations ("FCHR"), and SeaWorld Entertainment Inc. ("SeaWorld").

Plaintiff has documented to the Court, by submitting Exhibits, and Sworn Declarations, proving Plaintiff is a Deathly-Ill, Severely Disabled, 100% Service-Connected Veteran with a Stress Disability that has caused at least two Life-Threatening, Stress-Caused Heart Attacks, and a severe Stomach Disorder to Plaintiff.

Plaintiff has made this Court fully aware that Plaintiff cannot stand stress, and that stress can kill the Plaintiff. [See Attached Declaration.]

-1-

Once being fully appraised of Plaintiff's Life-Threatening Disabilities the Defendant, SeaWorld Entertainment, Inc. ("SeaWorld") embarked on a defense of engaging in wrongful conduct, such as Rule Violations, Suborning Perjury, and doing anything to target the disabilities of the Elderly, Deathly-Ill Pro Se Plaintiff, trying to aggravate Plaintiff's disabilities, and cause his death.

*Meanwhile*, the record proves that Magistrate Carol Mirando assisted SeaWorld's Dishonest Attorneys any way she could to help them harass the Elderly, Deathly-Ill Disabled Veteran-Plaintiff, as is described in detail in Plaintiff's attached Declaration.

On January 17, 2017 Magistrate Carol Mirando issued a Fraudulent Court Order, peppered with blatant, intentional, lies, to target the Life-Threatening Stress Disabilities of Plaintiff, and aggravate Plaintiff's Life-Threatening Disabilities even more.

The Elderly, Deathly-Ill Plaintiff, Billy Kidwell, is being inhumanly tortured by Magistrate Carol Mirando, and SeaWorld Attorneys, *Carie L. Hall*, and *Charles P. Mitchell*, in a scheme to try to force Plaintiff to forego his extremely meritorious lawsuit, by targeting Plaintiff's Life-Threatening Disabilities, and inflicting inhuman, Life-Threatening Torture on Plaintiff.

The targeting of Plaintiff's Stress Disabilities by SeaWorld Attorneys, and this Court, has worked in this Plaintiff's Disabilities have been so severely aggravated that Plaintiff needs to make appointments, and get substantial

medical care from the Department of Veterans Affairs, and Plaintiff is medically unable to proceed in this case.

Plaintiff comes before this Court in this Emergency Motion seeking an Emergency Stay of these Proceedings, including an Emergency Stay of All Deadlines in the January 17, 2017 Court ORDER of Magistrate Carol Mirando, to protect the life of Plaintiff while Plaintiff seeks Medical Care from the Department of Veterans Affairs to protect Plaintiff's Life. [See attached Declaration.]

Plaintiff also seeks an Emergency Court ORDER to stop the *ongoing* intentional aggravation of Plaintiff's Life-Threatening Disabilities by Magistrate Carol Mirando, and the Attorneys for SeaWorld Entertainment, Inc. ("SeaWorld"), Attorneys Carie L. Hall, and Charles P. Mitchell, that is causing Irreparable Harm to Plaintiff, and is likely to cause Plaintiff's Death, if an Emergency Court Order is not GRANTED.

I.  **Background**

Plaintiff is an Elderly, Severely Disabled, 100% Service-Connected Disabled Vietnam Combat Veteran, and has several disabilities that can cause his death, such as a unique, Extremely Severe, Post-Traumatic Stress Disorder ("P.T.S.D.") from excessive combat in Vietnam, with severe depression.

Expert Veterans Administration (now "*DVA*") Doctors, and a review of Plaintiff's DVA Medical Records by the Surgeon General

of the United States, has determined that Plaintiff cannot stand stress, and even "*Normal Stress*" from trying to work, or trying to do law work such as prosecuting the instant case, aggravates Plaintiff's Disabilities, and causes Irreparable Harm to Plaintiff. [See Attached Exhibit A.]

Stress has caused Plaintiff, and can cause Plaintiff, to sink into deep depression, with suicidal thoughts, so it is extremely important that if Plaintiff is forced to proceed in Court, because of his poverty, and inability to obtain counsel, that Plaintiff not be exposed to any "*Undue*" Stress, and that what stress Plaintiff is exposed to be kept to a minimum. [See Attached Exhibit A.]

Plaintiff also has a history of Stress-Caused, Life-Threatening Heart Attacks that according to Plaintiff's DVA Heart Experts, after extensive heart testing, EKG's, Heart MRI's, Chemical Stress Tests, X-rays, Echocardiograms, and blood work, caused Plaintiff to suffer at least two Life-Threatening, Stress-Caused Heart Attacks that damaged Plaintiff's Heart, resulting in Plaintiff's Heart to now operate at only 32%.

Plaintiff is under Doctor's ORDERS to avoid all stress, and not to even attempt to do any work, because stress can cause another Stress-Caused Heart Attack which could kill Plaintiff. [See Attached Exhibit A.]

The Elderly, Pro Se Plaintiff, *Billy Kidwell*, is an Extremely Ill, Severely Disabled, American Combat Veteran, found by the Veterans Administration (now "DVA") to be 100% Disabled from his Military Service, and Found by Federal Administrative Law Judge Farr in Lexington, Kentucky, *after a trial where*

*medical experts testified*, to be unable to work since his Military Discharge in October of 1970. [See Exhibit A attached hereto.]

Plaintiff is under Doctor's ORDERS by the Department of Veterans Affairs to "*Avoid All Stress*" because stress severely harms Plaintiff, and can cause Plaintiff's Death. [See Exhibit A attached hereto.]

The Elderly Pro Se Plaintiff, *Billy Kidwell*, comes before this Court in an Emergency Motion because he is Medically unable to proceed in this lawsuit, because of the "*targeting*" of his Life-Threatening Disabilities, and the *ongoing*, inhuman, intentional aggravation of Plaintiff's Life-Threatening Disabilities, for Seven (7) Months, by Magistrate Carol Mirando, and the Attorneys for SeaWorld Entertainment, Inc. ("SeaWorld"), Attorneys Carie L. Hall, and Charles P. Mitchell.

The Pro Se Plaintiff, *Billy Kidwell*, is being irreparably harmed, and could die, if he continues to attempt to proceed in this case while he is being harassed, and illegally abused, so much by Magistrate Mirando, and Attorneys Carie Hall, and Charles Mitchell.

Plaintiff is in constant severe pain, despite being heavily medicated, throwing up blood, and suffering severe heart pains, while sometimes passing out because of all the dishonesty, the Rule Violations, and the inhuman harassment, and torture by Magistrate Mirando, and Attorneys Carie Hall, and Charles Mitchell.

And even if Plaintiff tried to continue to tolerate the *ongoing* intentional abuse, and harassment, by Magistrate Mirando, and Attorneys Hall, and Mitchell, Plaintiff cannot proceed because the massive undue Stress being intentionally inflicted on him has aggravated Plaintiff's Disabilities to such an extent that Plaintiff keeps throwing up blood, and passing out when he attempts to do law work.

It took Plaintiff the full amount of time allotted to him by Magistrate Mirando to file an amended Complaint and a number of motions, just for Plaintiff to make this Court aware that he cannot medically proceed.

The attached Declaration makes it clear Plaintiff is medically unable to comply with Magistrate Mirando's Court ORDER of January 17, 2017. [See attached Declaration.]

It has reached the point that the illegal abuse, and intentional aggravation of Plaintiff's Disabilities by Magistrate Carol Mirando, and Attorneys Carie L. Hall, and Charles P. Mitchell, have reached the point where Plaintiff cannot medically proceed in this case, without tests, and immediate medical care.

*I. The Emergency*

Magistrate Carol Mirando, and Attorneys for the Defendant, SeaWorld Entertainment, Inc., Carie L. Hall, and Charles P. Mitchell, are fully aware that the Pro Se Plaintiff, *Billy Kidwell*, has an extremely severe, unique, *"Life-Threatening"*

Post-Traumatic Stress Disorder (P.T.S.D.), that makes it impossible for Plaintiff to stand stress. Doc. 1. *Id.* ¶92.

Magistrate Carol Mirando, and Attorneys Carie L. Hall, and Charles P. Mitchell, are fully aware that the Surgeon General of the United States issued a report stating Plaintiff is severely disabled with P.T.S.D. from excessive combat in Vietnam. *Id.* ¶101.

Magistrate Carol Mirando, and Attorneys Carie L. Hall, and Charles P. Mitchell, are fully aware that in 1988 a United States Administrative Law Judge for Social Security in Lexington Kentucky, *Judge Farr*, found the Plaintiff, Billy Kidwell, Permanently, and Totally, Disabled, from extremely severe P.T.S.D., since the date of his Army Discharge in 1970, and specifically found Plaintiff unable to stand stress, or engage in any "*Gainful*" employment. *Id.* ¶104.

Magistrate Carol Mirando, and Attorneys Carie L. Hall, and Charles P. Mitchell, are fully aware that every VA Doctor that has examined Plaintiff in the past forty-six years have found that, Plaintiff, Billy Kidwell, needs as Low Stress Access, as possible, to State Facilities, and programs, and to Public Accommodations, because even normal stress severely harms Plaintiff, and can cause his death. *Id.* ¶113.

Magistrate Carol Mirando, and Attorneys Carie L. Hall, and Charles P. Mitchell, are fully aware that the Pro Se Plaintiff, *Billy Kidwell*, is so severely disabled with a stress disorder, that just the stress of a hearing on a lawsuit against the Veterans Administration before Chief United States District Court Judge Edward Huggins Johnstone in Louisville, Kentucky

caused Kidwell to have a P.T.S.D. Anxiety Attack, where Kidwell's heart stopped, and Kidwell almost died. Doc. 1. *Id.* ¶96.

Magistrate Carol Mirando, and Attorneys for SeaWorld Entertainment, Inc., Carie L. Hall, and Charles P. Mitchell, are fully aware that the Pro Se Plaintiff, *Billy Kidwell*, was rushed by Ambulance from Judge Johnstone's Chambers in the U.S. District Court in Louisville, Kentucky to the Hospital Emergency Room, *almost dying*, and spent several months in a hospital. Id. ¶97.

Magistrate Carol Mirando is engaged in a pattern of dishonest, unethical, conduct intended to obstruct citizens, *forced to proceed Pro Se because of their poverty*, from exercising their fundamental Constitutional Right of "Meaningful" Access to her Court to petition the government for redress.

That "*Pattern of Dishonest, Unethical Conduct by Magistrate Mirando*" consists of Magistrate Mirando, who is a renowned Corporate Attorney, misusing her Office as a Federal Magistrate to fix the instant case for her "*Fellow Corporate Attorneys*", representing SeaWorld Entertainment, Inc., one of the Defendants in this case.

The Record of this Case proves Magistrate Mirando is misusing her Office as a Federal Magistrate to intimidate, harass, threaten, and target the stress disabilities of the *Elderly, Deathly-Ill, Pro Se Plaintiff*, Billy Kidwell.

Magistrate Mirando is using the targeting of Plaintiff's Stress Disorder to intentionally inflict substantial physical,

and psychological, injury on Plaintiff in direct violation of F.S. 825.102.

Corporate Attorney, and Magistrate, *Carol Mirando*, knowing Plaintiff is severely disabled, **and under Doctor's Orders to avoid all stress**, is working with SeaWorld's Corporate Attorneys allowing them to "*Selectively*" freely violate the Rules, Suborn Perjury, and harass Plaintiff continuously with blatant lies, *in a scheme to target Plaintiff's Stress Disabilities*, and inflict massive, undue stress, on Plaintiff, intentionally inflicting substantial physical, and psychological, injury on Plaintiff in direct violation of F.S. 825.102.

Magistrate Mirando knows that Florida State Attorneys would never investigate, or prosecute, a Criminal Complaint against a powerful United States Magistrate, *with extensive political ties*, especially since Plaintiff cannot afford an Attorney to protect him.

*Therefore*, Magistrate Mirando knows that she is free to bully, threaten, and harass, the *Elderly, Deathly-Ill Pro Se Plaintiff*, as she fixes this case for her "*Corporate Attorney Friends*".

Magistrate Carol Mirando refuses to be an "*Impartial Hearing Body*" as she gives special, "*Selective*", favorable treatment to Corporate Attorneys, allowing Corporate Attorneys in her Court to violate any Rule, and commit any illegal act to win, when one party is forced to proceed *Pro Se*, without the protection of an Attorney.

*Meanwhile*, Elderly, Severely Disabled Veterans forced to proceed Pro Se because of their poverty, *from becoming disabled*

*serving this country*, are disrespected, abused, tortured threatened, harassed, and "*Selectively*" intentionally denied even a speck of honesty, or fair treatment as a very hateful Magistrate Carol Mirando helps her Corporate Attorney Friends target the disabilities of Elderly, Severely Disabled Veterans that come before her Court.

Magistrate Carol Mirando has allowed her "*Fellow Corporate Attorneys*" to violate F.R.C.P. Rule 4, inflicting great financial hardship on Plaintiff, and his family, while delaying this case several months, wasting substantial amounts of taxpayer dollars.

Magistrate Mirando allows her Corporate Attorney Friends to freely violate F.R.C.P. Rule 4, Rule 11, and Rule 56, and the Local Rules while she also allows Attorneys in her Court to Act in Bad Faith, Suborn Perjury, habitually lie in motions, and present Declaration to the Court that Magistrate Mirando herself knows are Perjured to deny Elderly Disabled Veterans any honesty, fairness, or Due Process.

Magistrate Carol Mirando has "*Selectively*" threatened the *Pro Se Plaintiff* for calling a motion an Emergency Motion, when time limits were expiring for Plaintiff because of Magistrate Mirando allowing her Corporate Attorney Friends to habitually violate the Rules, while they caused massive hardship on Plaintiff, and harassed Plaintiff so much he threw up blood, suffered heart pains, and passed out, **which is an emergency**. [Emphasis added.]

The result of all this has aggravated Plaintiff's Stress Disorder until Plaintiff can no longer medically proceed.

Plaintiff is throwing up blood, and having heart pains, and passing out, and needs Emergency Medical Care, and medical tests, from the Department of Veterans Affairs.

## **RELIEF**

1. Plaintiff seeks an Emergency Court ORDER Staying the Proceedings in this case, and specifically staying the January 17, 2017 Court ORDER of Magistrate Carol Mirando Plaintiff is medically unable to comply with.

2. Plaintiff seeks an Emergency Court ORDER Staying the harassment, and Irreparable Aggravation of Plaintiff's Life-Threatening Disability.

3. This Court should stop sitting on Plaintiff's Motion for Appointment of Counsel, and comply with this Court's Claim to have a Pro Bono Attorney Program, by immediately appointing Counsel to protect, and save the life of Plaintiff, by representing Plaintiff in this case, including prosecuting this Motion, while Plaintiff seeks Life-Saving Medical Care from the Department of Veterans Affairs.

4. This Court should ORDER an Independent Criminal Investigation of the ongoing scheme to torture, target, and aggravate the Life-Threatening Disabilities of Plaintiff to cause Plaintiff's Death.

5. Plaintiff seeks any other relief that he is entitled to.

Respectfully submitted,

*[signature: Billy Kidwell]*   January 31, 2017

Billy Kidwell, *Pro Se*

5064 Silver Bell Drive

Port Charlotte, FL. 33948

(941) 627-0433 kidwell18@comcast.net

## CERTIFICATE OF SERVICE

I, Billy Ray Kidwell, hereby certify that I have served a true and correct copy of the Attached on SeaWorld Attorney, Carie L. Hall, and on the Florida Commission on Human Relations, by placing a copy of same in the U.S. Mail addressed to:

  Kenneth Wilson

    Office of the Attorney General

    501 E. Kennedy Blvd., Suite 1100

    Tampa, Florida 33602

*and to:*

Attorney Carie L. Hall

Rumberger, Kirk, and Caldwell

100 North Tampa Street, Suite 2000

Post Office Box 3390

Tampa, Florida 33601-3390

On this the 31st day of January 2017.

_____  January 31, 2017

Billy Ray Kidwell

5064 Silver Bell Drive

Port Charlotte, FL. 33948

(941) 627-0433    Kidwell18@comcast.net